**Opinion issued August 29, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-19-00040-CV**

———————————

**IN RE STARRY SKIES RANCH, L.P., JO ARC RESOURCES, INC. AND SALLY BLACKIE SENGEL, INDIVIDUALLY, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Starry Skies Ranch, L.P., Jo Arc Resources, Inc. and Sally Blackie Sengel (collectively "Starry Skies"), have filed a petition for a writ of mandamus challenging the trial court's order denying Starry Skies' motion to disqualify the counsel of real party in interest, Chappell Hill Construction, Inc.[1]

---

[1] The underlying case is *Chappell Hill Construction, Inc. v. Starry Skies Ranch, L.P., Jo Arc Resources, Inc. and Sally Blackie-Sengel, Individually*, Cause No. 36211, in

We deny the petition.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.

---

the 335th District Court of Washington County, Texas, the Honorable Reva L. Towslee Corbett presiding.